IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**LEAH LAFAYETTE,**   **PETITIONER**

**V.**   **CIVIL ACTION NO.: 1:14CV100-SA-JMV**

**MDOC, et al.,**   **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the Court **GRANTS** Respondents' "Motion to Dismiss Pursuant to 28 U.S.C. § 2244(d)" (ECF No. 6) and **DISMISSES** with prejudice the petition filed in this cause. The Court further **ORDERS** that a certificate of appealability be denied, as Petitioner failed to show her petition timely and to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**SO ORDERED** this the 23rd day of September, 2014.

                                                    /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**